**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

ANTONIO GOLDMAN                                                                                    PLAINTIFF

V.                                                                                                       NO. 4:10CV082-P-D

RUTHIE MOORE, et al.                                                                          DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated November 18, 2010, was on that date duly served by mail upon Plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

1) the Report and Recommendation (docket entry 11) of the United States Magistrate Judge dated November 18, 2010, is hereby APPROVED and ADOPTED as the opinion of the court;

2) Defendants James Brewer and Lawrence Kelly are DISMISSED; and

3) this shall proceed as to Defendant Ruthie Moore

THIS the 2nd day of December, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE